IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BELEN GONZALEZ HERNANDEZ<br>*Plaintiff*<br><br>v.<br><br>ASI LLOYDS AND VERICLAIM, INC.<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 7:15-cv-00300 |

## NOTICE OF SETTLEMENT

NOW COMES, BELEN GONZALEZ HERNANDEZ, providing notice of settlement in the above referenced cause and would respectfully show the Court as follows:

On or about October 23, 2015, the parties reached an agreement on this matter. Accordingly, the parties will file the dismissal documents with the Court in the near future.

Respectfully submitted,

KETTERMAN ROWLAND & WESTLUND

16500 San Pedro, Suite 302
San Antonio, Texas  78232
Telephone:     (210) 490-7402
Telefacsimile:  (210) 490-8372


BY:_____/s/ Kevin S. Baker_____
         KEVIN S. BAKER
         State Bar No. 00797799

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing has been served in compliance with the Federal Rules of Civil Procedure to:

      Jay Scott Simon
      THOMPSON, COE, COUSINS & IRONS, L.L.P.
      One Riverway, Suite 1400
      Houston, Texas 77056
      Telephone: (713) 403-8210
      Facsimile: (713) 403-8299

on this the 6th day of November, 2015.

                        /s/ Kevin S. Baker
                        KEVIN S. BAKER