United States District Court
Southern District of Texas
**ENTERED**
December 11, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| BELEN GONZALEZ HERNANDEZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:15-CV-300 |
| § | |
| ASI LLOYDS, *et al*, § | |
| § | |
| Defendants. § | |

# ORDER

The Court now considers the "Agreed Motion for Dismissal With Prejudice,"[1] filed jointly by Plaintiff and Defendants announcing to the Court that Plaintiff no longer wishes to prosecute this suit against Defendants. The parties request the Court to dismiss this case against Defendants with prejudice. Under Federal Rule of Civil Procedure 41(a)(2), a plaintiff may request a dismissal of an action through court order. In turn, the Court **DISMISSES WITH PREJUDICE** this action as requested by the parties. The Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 10th day of December, 2015.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 43.